ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
CHRISTOPHER F. JEU (CABN 247865)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
Fax: (408) 535-5066
christopher.jeu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE COMMERCIAL COURT OF KYIV CITY, UKRAINE, IN THE MATTER OF GLOBALMONEY LLC V. INTERNATIONAL COMMERCIAL TELEVISION LLC | MISC. NO.<br><br>**DECLARATION OF AUSA CHRISTOPHER F. JEU IN SUPPORT OF APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782** |

I, Christopher F. Jeu, declare:

1.  I am an Assistant United States Attorney in the Northern District of California.

2.  This declaration is submitted in support of the United States' application for an order pursuant to 28 U.S.C. § 1782 concerning a request made by the Commercial Court of Kyiv City, Ukraine for information from Meta Platforms, Inc. ("Meta").

3.  A true and correct copy of the Letter of Request made by the Commercial Court of Kyiv City, Ukraine, in the matter captioned *Globalmoney LLC v. International Commercial Television LLC* is attached as Exhibit 1 to my declaration.

4.  I searched the website of Meta and found a statement that Meta will not produce information

like the information requested in the Letter of Request without a subpoena.  Attached as Exhibit 2 to my declaration is a true and correct copy of a webpage on Meta's website that I saved as an Adobe pdf file.

5.  In addition, the U.S. Attorney's Office conferred with Meta's counsel regarding this Application.  Attached as Exhibit 3 to my declaration is a true and correct copy of the email sent to Meta's counsel.

6.  I searched the California Secretary of State's website for Meta's address.  Attached as Exhibit 4 to my declaration is true and correct copy of a webpage from the Secretary of State's website that I saved as an Adobe pdf file.  That exhibit shows that Meta's principal office is located in Menlo Park, California.

7. Attached as Exhibit 5 to my declaration is the form of subpoena I plan to serve on Meta if the Court issues an order allowing me to serve the subpoena.  I would need to add the case number and other information, and then sign the subpoena.  I would give Meta at least 60 days to respond to the subpoena.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief.  Executed on April 6, 2023, in Santa Clara County, California.


By:    /s/ Christopher F. Jeu_____
       CHRISTOPHER F. JEU